UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
July 19, 2018
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> THATCHER J. BIDDLE, ) <br> ) <br> Defendant. ) | Case No. 6:17MJ00083-MJS-1 <br><br> ORDER FOR RELEASE OF PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __THATCHER J. BIDDLE__ , Case No. __6:17MJ00083-MJS-1__ , Charge __FTA 36CFR § 4.23(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $_____

        __ Unsecured Appearance Bond $_____

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other) __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __July 19, 2018__ at __2:00 pm__ .

By __/s/ Allison Claire/s/ Allison Claire__
Allison Claire
United States Magistrate Judge

Copy 2 - Court