AO 245B-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**THATCHER J. BIDDLE** | **JUDGMENT IN A CRIMINAL CASE**<br>Case Number: **6:17MJ00083-001**<br>Defendant's Attorney: Matt Bockmon, Assistant Federal Defender |

**THE DEFENDANT:**

[✓] pleaded guilty to counts  2 and 3  of the Complaint.
[ ] pleaded nolo contendere to count(s) ___ , which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:
**See next page.**

　　　The defendant is sentenced as provided in pages 2 through  3  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) ___ .
[✓] Counts  1 and 4  are dismissed on the motion of the United States.
[ ] Indictment is to be dismissed by District Court on motion of the United States.
[ ] Appeal rights given.　　　　　　[✓] Appeal rights waived.

　　　It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution or fine, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| |
|---|
| **2/27/2019** |
| Date of Imposition of Judgment |
| /s/ Jeremy D. Peterson |
| Signature of Judicial Officer |
| **Jeremy D. Peterson**, United States Magistrate Judge |
| Name & Title of Judicial Officer |
| 3/5/2019 |
| Date |

AO 245B-CAED (Rev. 02/2018) Sheet 1 - Judgment in a Criminal Case

DEFENDANT: **THATCHER J. BIDDLE**  
CASE NUMBER: **6:17MJ00083-001**

Page 2 of 3

| Title & Section | Nature of Offense | Offense Ended | Count Number |
|---|---|---|---|
| 36 CFR § 4.23(a)(2) | Operate a motor vehicle while the alcohol concentration in his blood is 0.08 grams or more of alcohol. | 8/22/2017 | 2 |
| 36 CFR § 4.22(b)(3) | Fail to control a motor vehicle | 8/22/2017 | 3 |

AO 245B-CAED (Rev. 02/2018) Sheet 4 - Misdemeanor Probation

DEFENDANT: **THATCHER J. BIDDLE**
CASE NUMBER: **6:17MJ00083-001**

Page 3 of 3

## PROBATION

The defendant is hereby sentenced to probation for a term of: 4 months unsupervised probation to be completed 4/27/2019 .

If this judgment imposes a fine, special assessment, processing fee or restitution, it is a condition of probation that defendant pay in accordance with the Schedule of Payments sheet of this judgment.

While on probation, the defendant shall be subject to and must comply with the following conditions of probation:

## CONDITIONS OF PROBATION

1. The defendant's probation shall be unsupervised by the probation office.
2. The defendant is ordered to obey all federal, state, and local laws.
3. The defendant shall notify the court and the government officer within seven days of any change in the defendant's address. If represented, the defendant shall provide such notice through counsel.
4. The defendant is committed to the custody of the United States Bureau of Prisons to be imprisoned for a total of 30 days with a report date of 6/3/2019. The defendant will be processed by the US Marshals on or before 5/27/2019.